UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SIMPLY THICK, LLC, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| vs. | ) Case No. 4:09CV2118 JCH |
| | ) |
| LINKS MEDICAL PRODUCTS, INC., | ) |
| | ) |
| Defendant(s). | ) |

## **ORDER**

This matter is before the Court upon its review of the record. Plaintiff Simply Thick, LLC filed its original Complaint in this matter on December 29, 2009. (Doc. No. 1). On January 25, 2010, Defendant Links Medical Products, Inc. filed a Motion to Dismiss Plaintiff's Complaint. (Doc. No. 14). Plaintiff then filed an Amended Complaint on February 4, 2010. (Doc. No. 15).

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss for Failure to State a Claim upon which Relief can be Granted (Doc. No. 14) is **DENIED** without prejudice.

Dated this 5th day of February, 2010.

/s/ Jean C. Hamiton
UNITED STATES DISTRICT JUDGE